EXHIBIT 7

PART 1

# United States Patent [19]
## Daifotis et al.

[11] Patent Number: 5,994,329
[45] Date of Patent: Nov. 30, 1999

[54] **METHOD FOR INHIBITING BONE RESORPTION**

[75] Inventors: **Anastasia G. Daifotis**, Westfield; **Arthur C. Santora, II**, Watchung; **A. John Yates**, Westfield, all of N.J.

[73] Assignee: **Merck & Co., Inc.**, Rahway, N.J.

[21] Appl. No.: **09/134,214**

[22] Filed: **Aug. 14, 1998**

### Related U.S. Application Data

[63] Continuation of application No. PCT/US98/14796, Jul. 17, 1998.
[60] Provisional application No. 60/053,535, Jul. 23, 1997, and provisional application No. 60/053,351, Jul. 22, 1997.

[51] **Int. Cl.$^6$** .................................................. **A61K 31/66**
[52] **U.S. Cl.** ............................................................ **514/108**
[58] **Field of Search** ............................................ 514/108

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,425,339 | 1/1984 | Pitchford | 424/239 |
| 4,621,077 | 11/1986 | Rosini et al. | 514/108 |
| 4,761,406 | 8/1988 | Flora et al. | 514/86 |
| 4,812,304 | 3/1989 | Anderson et al. | 424/112 |
| 4,822,609 | 4/1989 | Flora | 424/112 |
| 4,980,171 | 12/1990 | Fels et al. | 424/473 |
| 5,270,365 | 12/1993 | Gertz et al. | 514/108 |
| 5,366,965 | 11/1994 | Strein | 514/102 |
| 5,488,041 | 1/1996 | Barbier et al. | 514/108 |
| 5,616,560 | 4/1997 | Geddes et al. | 514/12 |
| 5,773,429 | 6/1998 | Fuisz | 514/108 |
| 5,780,455 | 7/1998 | Brenner et al. | 514/108 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 274 158 | 7/1988 | European Pat. Off. . |
| 0 600 834 A1 | 6/1994 | European Pat. Off. . |
| WO 94/00129 | 1/1994 | WIPO . |
| WO 94/00130 | 1/1994 | WIPO . |
| WO 94/21242 | 9/1994 | WIPO . |
| WO 95/08331 | 3/1995 | WIPO . |
| WO 95/28145 | 10/1995 | WIPO . |
| WO 95/28936 | 11/1995 | WIPO . |
| WO 95/30421 | 11/1995 | WIPO . |
| WO 96/17616 | 6/1996 | WIPO . |

#### OTHER PUBLICATIONS

Singer et al., Advances in Endocrin. & Metab., vol. 6 (1995), pp. 259–288, "Bisphosphonates in the treatment of disorders of mineral metabolism".
Lieberman et al., N. Eng. J. of Medicine, vol. 333 (1995), pp. 1437–1443, "Effect of oral alendronate on bone mineral density and the incidence of fractures in postmenopausal osteoporosis".
Bankhurst et al., Arthritis and Rheumatism, vol. 38, No. 9, Suppl. 1 (1995), S359, "Three–year treatment with alendronate prevents fractures in women with postmenopausal osteoporosis".
Filipponi et al., J. of Bone & Min. Research, vol. 10 (1995), pp. 697–703, "Cyclical clodronate is effective in preventing postmenopausal bone loss: A comparative study with transcutaneous hormone replacement therapy".
McClung et al., Bone, vol. 17 (1995), pp. 493S–496S, "Tiludronate therapy for Paget's disease of bone".
Seltenmeyer et al., Bone (NY), vol. 20, No. 4, Suppl., (1997) pp. 114S, "A comparison of the antiresorptive potency of various bisphosphonates in vivo with their inhibitory effect in vitro on squalene synthase and cellular sterol synthesis".
Adachi et al., Today's Therapeutic Trends, vol. 14, No. 1 (1996), pp. 13–24, "Osteoporosis—Its diagnosis, management and treatment with a new oral bisphosphonate agent, etidronate".
Bell et al., Endocrine, vol. 6(2) (1997), pp. 203–206, "Bisphosphonates in the Treatment of Osteoporosis".
Lunar News, Apr. 1997, "Update: Bisphosphonate", pp. 30–32.
Gertz et al., Osteoporosis Int. (1993), Suppl. 3: S13–16, "Clinical pharmacology of alendronate sodium".
Gertz et al., Clin. Pharma. Ther. (1995), vol. 58, pp. 288–298, "Studies of the oral bioavailability of alendronate".
de Vernejoul et al., Calcified Tissue Int'l, vol. 40 (1987), pp. 160–165, "Different schedules of administration of (3 amino–1–hydroxypropylidene)–1,1–bisphosphonate induce different changes . . . ".
Lufkin et al., Osteoporosis Int'l. (1994), vol. 4, pp. 320–322, "Pamidronate: An unrecognized problem in gastrointestinal tolerability".
De Groen et al., N. England J. of Medicine, (1996), vol. 335, pp. 1016–1021, "Esophagitis associated with the use of alendronate".
Castell, (an editorial), N. England J. of Medicine (1996), vol. 335, pp. 1058–1059, "Pill esophagitis—the case of alendronate".
Liberman et al., (correspondence), N. England J. of Medicine (1996), vol. 335, pp. 1069–1070, "Esophagitis and alendronate".
Chesnut et al., Am. J. of Medicine, vol. 99 (1995), pp. 144–152, "Alendronate treatment of the postmenopausal osteoporotic woman . . . ".
Cassidy et al., Digestive Diseases and Sciences, vol. 37 (1992), pp. 1206–1211, "Continuous verus intermittent acid exposure in production of esophagitis in feline model".
Mortensen et al., J. of Bone & Mineral Res., (1995) vol. 10, suppl. 1, p. s140, "Prevention of early postmenopausal bone loss by risedronate".
Harris et al., J. of Clin. Endoc. & Metab., 76:1399–1406 (1993), "The effect of short term treatment with alednronate on vertebral density and biochemical markers of bone . . . ".
Melsen et al., Osteoporosis, Chapt. 60(1996), pp. 1145–1158, "ADFR—The Concept and its performance".

(List continued on next page.)

*Primary Examiner*—Theodore J. Criares
*Attorney, Agent, or Firm*—Anthony D. Sabatelli; Melvin Winokur

[57] **ABSTRACT**

Disclosed are methods for inhibiting bone resorption in mammals while minimizing the occurrence of or potential for adverse gastrointestinal effects. Also disclosed are pharmaceutical compositions and kits for carrying out the therapeutic methods disclosed herein.

**44 Claims, 8 Drawing Sheets**

OTHER PUBLICATIONS

Thompson et al., J. of Bone & Min. Research, vol. 7 (1992), pp. 951–960, "The bisphosphonate, alendronate, prevents bone loss in ovariectomized baboons".

Balena et al., J. Clin. Invest., vol. 92 (1993), pp. 2577–2586, "The effects of 2–year treatment with the aminobisphosphonate alendronate on bone metabolism, bone histomorphometry, and bone strength in ovariectomized nonhuman primates".

Peter et al., Digestive Diseases & Sciences, vol. 43 (1998), pp. 1009–1015, "Comparative study of potential for bisphosphonates to damage gastric mucosa of rats".

Peter et al., Digestive Diseases & Sciences, vol. 43 (1998), pp. 1998–2002, "Esophageal irritation due to alendronate sodium tablets".



FIG.1



FIG.2