EXHIBIT 7

PART 2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8