LAW OFFICES

# LEYDIG, VOIT & MAYER, LTD.
A PROFESSIONAL CORPORATION

TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601-6780

(312) 616-5600
FACSIMILE: (312) 616-5700
WWW.LEYDIG.COM

WASHINGTON OFFICE
700 THIRTEENTH STREET, N.W., SUITE 300
WASHINGTON, D.C. 20005-3960
(202) 737-6770
FACSIMILE: (202) 737-6776

ROCKFORD OFFICE
6815 WEAVER ROAD, SUITE 300
ROCKFORD, ILLINOIS 61114-8018
(815) 963-7661
FACSIMILE: (815) 963-7664

SEATTLE OFFICE
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101-1346
(206) 521-5985
FACSIMILE: (206) 224-3557

September 27, 2005

*Via Federal Express*

The Honorable Joseph J. Farnan, Jr.
United State District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

    RE:   *Merck & Co., Inc. v. Watson Laboratories, Inc.*
             **Civil Action No. 05-658**

Dear Judge Farnan:

    We write on behalf of Defendant Watson Laboratories, Inc. ("Watson") in the above-identified action. Following service of the complaint in this matter, Watson has diligently sought to retain local Delaware counsel. Additional time is necessary for Watson to find local counsel and fully consult with them regarding the initial stage of this action.

    Following a teleconference yesterday with Ms. Debbie Krett, District Case Manager, an order was entered granting an extension of time until October 7, 2005 for Watson to answer or otherwise plead. Watson requests a further 20-day extension to October 27, 2005 to answer or otherwise plead. This extension, if granted, would yield a 30-day extension for Watson's responsive pleading from the original due date for responding to the complaint.

    We have contacted counsel for Plaintiff Merck & Co., Inc. ("Merck") regarding our proposed extension of time. Merck does not oppose the requested 30-day extension.

The Honorable Joseph J. Farnan, Jr.
September 27, 2005
Page 2

      If the Court would like to discuss this matter further, we can arrange for a conference call with Merck's counsel.

      Respectfully submitted,

**LEYDIG, VOIT & MAYER, LTD.**

Steven H. Sklar
Counsel for Watson Laboratories, Inc.

cc:    Peter T. Dalleo, Clerk of Court (via Federal Express)
       Mary B. Graham (via facsimile and mail)
       Jason C. Abair (via facsimile and mail)