## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on this 19th day of October, 2005, a copy of the foregoing Answer, Affirmative Defenses and Counterclaims of Watson Laboratories, Inc. was served on counsel for Plaintiff as follows:

**VIA ELECTRONIC MAIL**

Mary B. Graham
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
mgraham@mnat.com

John F. Lynch
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057
lynchj@howrey.com

**VIA U.S. MAIL**

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907

Joanne Ceballos