IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
|  ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-658-JJF |
|  ) | |
| WATSON LABORATORIES, INC. ) | |
|  ) | |
| Defendant. ) | |
|  ) | |

**STIPULATION TO EXTEND TIME**

It is hereby stipulated by plaintiff Merck & Co., Inc. ("Merck") and defendant Watson Laboratories, Inc., subject to the approval of the Court, that Merck may have until and including December 8, 2005 to answer, move or otherwise plead in response to the counterclaims in the Answer.

| MORRIS, NICHOLS, ARSHT & TUNNELL | BIFFERATO GENTILOTTI BIDEN & BALICK |
|---|---|
| *James W. Parrett, Jr.* | *Joanne Ceballos* |
| _____ | _____ |
| Mary B. Graham (# 2256) | Adam Balick (#2718) |
| James W. Parrett, Jr. (#4292) | Joanne Ceballos (#2854) |
| 1201 North Market Street | 711 King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | 302.658.4265 |
| 302.658.9200 | |
| *Attorneys for Merck & Co., Inc.* | *Attorneys for Watson Laboratories, Inc.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| John F. Lynch | Robert F. Green |
| Nicolas G. Barzoukas | Steven H. Sklar |
| Suzy S. Harbison | LEYDIG, VOIT & MAYER, LTD. |
| Jason C. Abair | 2 Prudential Plaza |
| HOWREY SIMON ARNOLD & WHITE, LLP | Suite 4900 |
| 750 Bering Drive | Chicago, IL 60601 |
| Houston, TX 77057-2198 | 312.616.5600 |
| 713.787.1400 | |

-2-

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  November 7, 2005

                                      SO ORDERED this ____ day of _____, 2005.

                                      _____
                                      U.S. District Judge

491419