IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WATSON LABORATORIES, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 05-658-JJF |

**STIPULATION TO EXTEND TIME**

It is hereby stipulated by plaintiff Merck & Co., Inc. and defendant Watson Laboratories, Inc., subject to the approval of the Court, that the parties may have until and including December 15, 2005 to submit to the Court a Proposed Pretrial Scheduling Order as requested by the Court's letter of November 7, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | BIFFERATO GENTILOTTI BIDEN & BALICK |
|---|---|
| /s/ James Parrett, Jr. | /s/ Adam Balick |
| Mary B. Graham (# 2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200 | Adam Balick (#2718)<br>Joanne Ceballos (#2854)<br>711 King Street<br>Wilmington, DE 19801<br>302.658.4265 |
| *Attorneys for Merck & Co., Inc.* | *Attorneys for Watson Laboratories, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| John F. Lynch<br>Nicolas G. Barzoukas<br>Suzy S. Harbison<br>Jason C. Abair<br>HOWREY SIMON ARNOLD & WHITE, LLP<br>750 Bering Drive<br>Houston, TX 77057-2198 | Robert F. Green<br>Steven H. Sklar<br>LEYDIG, VOIT & MAYER, LTD.<br>2 Prudential Plaza<br>Suite 4900<br>Chicago, IL 60601<br>312.616.5600 |

-2-

713.787.1400
Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
732.594.4000

Dated: November 21, 2005

        SO ORDERED this ____ day of _____, 2005.

                                                                          Hon. Joseph J. Farnan, Jr.