IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-658-JJF |
| ) | |
| WATSON LABORATORIES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION TO EXTEND TIME**

It is hereby stipulated by plaintiff Merck & Co., Inc. and defendant Watson Laboratories, Inc., subject to the approval of the Court, that Merck may have until and including January 6, 2006 to answer, move or otherwise plead in response to the counterclaims in the Answer.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | BIFFERATO GENTILOTTI BIDEN & BALICK |
| */s/ Mary B. Graham* | */s/ Adam Balick* |
| _____ | _____ |
| Mary B. Graham (# 2256) | Adam Balick (#2718) |
| James W. Parrett, Jr. (#4292) | Joanne Ceballos (#2854) |
| 1201 North Market Street | 711 King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | 302.658.4265 |
| 302.658.9200 | *Attorneys for Watson Laboratories, Inc.* |
| *Attorneys for Merck & Co., Inc.* | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | Robert F. Green |
| John F. Lynch | Steven H. Sklar |
| Nicolas G. Barzoukas | LEYDIG, VOIT & MAYER, LTD. |
| Suzy S. Harbison | 2 Prudential Plaza |
| Jason C. Abair | Suite 4900 |
| HOWREY SIMON ARNOLD & WHITE, LLP | Chicago, IL 60601 |
| 750 Bering Drive | 312.616.5600 |
| Houston, TX 77057-2198 | |
| 713.787.1400 | |

-2-

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  December 8, 2005

                                      SO ORDERED this ____ day of _____, 2005.

                                      _____
                                      U.S. District Judge

496526

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Adam Balick, Esquire
>BIFFERATO GENTILOTTI BIDEN & BALICK
>711 King Street
>Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 8, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
| --- | --- |
| Adam Balick, Esquire | Robert F. Green, Esquire |
| BIFFERATO GENTILOTTI BIDEN & BALICK | LEYDIG, VOIT & BAYER, LTD. |
| 711 King Street | 2 Prudential Plaza, Suite 4900 |
| Wilmington, DE 19801 | Chicago, IL 60601 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)