IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>WATSON LABORATORIES, INC.<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 05-658-JJF<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

It is hereby stipulated by plaintiff Merck & Co., Inc. and defendant Watson Laboratories, Inc., subject to the approval of the Court, that the parties may have until and including January 13, 2006 to submit to the Court a Proposed Pretrial Scheduling Order as requested by the Court's letter of November 7, 2005.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>  & TUNNELL | BIFFERATO GENTILOTTI BIDEN<br>  & BALICK |
| */s/ Mary B. Graham* | */s/ Adam Balick* |
| Mary B. Graham (# 2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200<br>  Attorneys for Merck & Co., Inc. | Adam Balick (#2718)<br>Joanne Ceballos (#2854)<br>711 King Street<br>Wilmington, DE 19801<br>302.658.4265<br>  Attorneys for Watson Laboratories, Inc. |
| OF COUNSEL:<br><br>John F. Lynch<br>Nicolas G. Barzoukas<br>Suzy S. Harbison<br>Jason C. Abair<br>HOWREY SIMON ARNOLD & WHITE, LLP<br>750 Bering Drive<br>Houston, TX 77057-2198<br>713.787.1400 | OF COUNSEL:<br><br>Robert F. Green<br>Steven H. Sklar<br>LEYDIG, VOIT & MAYER, LTD.<br>2 Prudential Plaza<br>Suite 4900<br>Chicago, IL 60601<br>312.616.5600 |

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  December 8, 2005

                             SO ORDERED this ____ day of _____, 2005.

                             _____
                             U.S. District Judge

496529

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Adam Balick, Esquire
>BIFFERATO GENTILOTTI BIDEN & BALICK
>711 King Street
>Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 8, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| Adam Balick, Esquire<br>BIFFERATO GENTILOTTI BIDEN & BALICK<br>711 King Street<br>Wilmington, DE 19801 | Robert F. Green, Esquire<br>LEYDIG, VOIT & BAYER, LTD.<br>2 Prudential Plaza, Suite 4900<br>Chicago, IL 60601 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)