IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>        Plaintiff,<br>v.<br><br>WATSON LABORATORIES, INC.<br><br>        Defendant. | C.A. 05-658 (JJF) |

## MERCK & CO., INC.'S REPLY TO
## COUNTERCLAIMS OF WATSON LABORATORIES, INC.

Plaintiff, Merck & Co., Inc. ("Merck") responds to each of the numbered paragraphs of the Counterclaims of Defendant Watson Laboratories, Inc. ("Watson") as set forth in the ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS OF WATSON LABORATORIES, INC.

The first occurrence of Paragraphs 1-73 in the ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS OF WATSON LABORATORIES, INC. are admissions and denials of the allegations of Merck's Complaint and require no reply. On page 12 of the ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS OF WATSON LABORATORIES, INC., Watson begins a second set of numbered paragraphs that set forth Watson's Counterclaims, to which Merck replies as follows:

### THE PARTIES

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. Admitted, that Watson alleges that this action arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. Otherwise, denied.

4. Admitted.

5. Admitted, that this Court has personal jurisdiction over Merck. Otherwise, denied.

6. Admitted.

## PATENTS-IN-SUIT

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted, that Merck is the owner of the '941, '590, '726, '207, '410, '004, '329, '801, and '294 patents (the "patents-in-suit"), and that Merck has the right to enforce the patents-in-suit. Otherwise, denied.

17. Admitted.

## COUNT I

**(Declaratory Judgment of Non-Infringement of the '941 Patent)**

18. Merck iterates its admissions and denials to Paragraphs 1-17 as set forth above.

19. Denied.

20. Denied.

21. Denied.

## COUNT II

**(Declaratory Judgment of Invalidity of the '941 Patent)**

22. Merck iterates its admissions and denials to Paragraphs 1-21 as set forth above.

23. Denied.

24. Denied.

25. Denied.

## COUNT III

**(Declaratory Judgment of Non-Infringement of the '590 Patent)**

26. Merck iterates its admissions and denials to Paragraphs 1-25 as set forth above.

27. Denied.

28. Denied.

29. Denied.

## COUNT IV

### (Declaratory Judgment of Invalidity of the '590 Patent)

30. Merck iterates its admissions and denials to Paragraphs 1-29 as set forth above.

31. Denied.

32. Denied.

33. Denied.

## COUNT V

### (Declaratory Judgment of Non-Infringement of the '726 Patent)

34. Merck iterates its admissions and denials to Paragraphs 1-33 as set forth above.

35. Denied.

36. Denied.

37. Denied.

## COUNT VI

### (Declaratory Judgment of Invalidity of the '726 Patent)

38. Merck iterates its admissions and denials to Paragraphs 1-37 as set forth above.

39. Denied.

40. Denied.

41. Denied.

## COUNT VII

### (Declaratory Judgment of Non-Infringement of the '207 Patent)

42. Merck iterates its admissions and denials to Paragraphs 1-41 as set forth above.

43. Denied.

44. Denied.

45. Denied.

## COUNT VIII

### (Declaratory Judgment of Invalidity of the '207 Patent)

46. Merck iterates its admissions and denials to Paragraphs 1-45 as set forth above.

47. Denied.

48. Denied.

49. Denied.

## COUNT IX

### (Declaratory Judgment of Non-Infringement of the '410 Patent)

50. Merck iterates its admissions and denials to Paragraphs 1-49 as set forth above.

51. Denied.

52. Denied.

53. Denied.

## COUNT X

### (Declaratory Judgment of Invalidity of the '410 Patent)

54. Merck iterates its admissions and denials to Paragraphs 1-53 as set forth above.

55. Denied.

56. Denied.

57. Denied.

## COUNT XI

### (Declaratory Judgment of Non-Infringement of the '004 Patent)

58. Merck iterates its admissions and denials to Paragraphs 1-57 as set forth above.

59. Denied.

60. Denied.

61. Denied.

## COUNT XII

### (Declaratory Judgment of Invalidity of the '004 Patent)

62. Merck iterates its admissions and denials to Paragraphs 1-61 as set forth above.

63. Denied.

64. Denied.

65. Denied.

## COUNT XIII

**(Declaratory Judgment of Non-Infringement of the '329 Patent)**

66. Merck iterates its admissions and denials to Paragraphs 1-65 as set forth above.

67. Denied.

68. Denied.

69. Denied.

## COUNT XIV

**(Declaratory Judgment of Invalidity of the '329 Patent)**

70. Merck iterates its admissions and denials to Paragraphs 1-69 as set forth above.

71. Admitted, to the extent that claims 23 and 37 of the '329 patent have been held invalid. Otherwise, denied.

72. Admitted, to the extent that claims 23 and 37 of the '329 patent have been held invalid. Otherwise, denied.

73. Admitted, to the extent that claims 23 and 37 of the '329 patent have been held invalid. Otherwise, denied.

## COUNT XV

**(Declaratory Judgment of Non-Infringement of the '801 Patent)**

74. Merck iterates its admissions and denials to Paragraphs 1-73 as set forth above.

75. Denied.

76. Denied.

77. Denied.

## COUNT XVI

**(Declaratory Judgment of Invalidity of the '801 Patent)**

78. Merck iterates its admissions and denials to Paragraphs 1-77 as set forth above.

79. Denied.

80. Denied.

81. Denied.

## COUNT XVII

**(Declaratory Judgment of Non-Infringement of the '294 Patent)**

82. Merck iterates its admissions and denials to Paragraphs 1-81 as set forth above.

83. Denied.

84. Denied.

85. Denied.

## COUNT XVIII

**(Declaratory Judgment of Invalidity of the '294 Patent)**

86. Merck iterates its admissions and denials to Paragraphs 1-85 as set forth above.

87. Denied.

88. Denied.

89. Denied.

## PRAYER FOR RELIEF

Merck denies that Watson is entitled to the overly broad relief requested.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Mary B. Graham*

---

Mary B. Graham (# 2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
HOWREY SIMON ARNOLD & WHITE, LLP
750 Bering Drive
Houston, TX 77057-2198
713.787.1400

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
732.594.4000

Dated: January 6, 2006
500692

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Adam Balick, Esquire
> BIFFERATO GENTILOTTI BIDEN & BALICK
> 711 King Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 6, 2006 upon the following individuals in the manner indicated:

| BY HAND | BY FACSIMILE |
|---|---|
| Adam Balick, Esquire<br>BIFFERATO GENTILOTTI BIDEN & BALICK<br>711 King Street<br>Wilmington, DE 19801 | Robert F. Green, Esquire<br>LEYDIG, VOIT & BAYER, LTD.<br>2 Prudential Plaza, Suite 4900<br>Chicago, IL 60601 |

/s/ *Mary B. Graham*
_____
Mary B. Graham (#2256)