## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

James W. Parrett, Jr.
302.351.9678
302.425.3083
jparrett@mnat.com

January 13, 2006

**BY E-FILING & HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

>   Merck & Co., Inc. v. Watson Laboratories, Inc.
>   Civil Action No. 05-658-JJF

Dear Judge Farnan:

   Enclosed for the Court's consideration is a draft scheduling order that has been agreed to by the parties.

>   Respectfully,
>
>   */s/ James W. Parrett, Jr.*
>
>   James W. Parrett, Jr. (#4292)

JWP/dam
Enclosure
cc:   Clerk of the Court (by e-filing and by hand)
      Adam Balick, Esquire (by hand)
      Joanne Ceballos, Esquire (by e-filing)
501987