IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,         )<br>                             )<br>        Plaintiff,          )<br>   v.                       )        C.A. No. 05-658 (JJF)<br>                             )<br>WATSON LABORATORIES, INC.   )<br>                             )<br>        Defendant.          )<br>                             ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff Merck & Co., Inc.'s Initial Disclosures Under Rule 26(a)(1)* were caused to be served on January 27, 2006 upon the following in the manner indicated:

**BY HAND**

Adam Balick, Esquire
BIFFERATO GENTILOTTI BIDEN & BALICK
711 King Street
Wilmington, DE 19801

**BY FACSIMILE**

Robert F. Green, Esquire
LEYDIG, VOIT & BAYER, LTD.
2 Prudential Plaza, Suite 4900
Chicago, IL 60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff
Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
HOWREY, LLP
1111 Louisiana, 25th Floor
(713) 787-1400

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
Gerard M. Devlin, Jr.
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Dated: January 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Adam Balick, Esquire
>BIFFERATO GENTILOTTI BIDEN & BALICK
>711 King Street
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 27, 2006 upon the following individuals in the manner indicated:

**BY HAND**

Adam Balick, Esquire
BIFFERATO GENTILOTTI BIDEN & BALICK
711 King Street
Wilmington, DE  19801

**BY FACSIMILE**

Robert F. Green, Esquire
LEYDIG, VOIT & BAYER, LTD.
2 Prudential Plaza, Suite 4900
Chicago, IL  60601

*/s/ Mary B. Graham*

Mary B. Graham (#2256)