IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. 05-658 (JJF) |
| | ) |
| WATSON LABORATORIES, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Adam Balick, hereby certify that on this 27th day of January, 2006, FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT WATSON LABORATORIES, INC. were served by Leydig, Voit & Mayer, Ltd., on the following counsel for Plaintiff/Counterclaim Defendant by electronic mail and U.S. mail, postage prepaid:

> Mary B. Graham
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington, DE 19801
> mgraham@mnat.com
>
> John F. Lynch
> Howrey Simon Arnold & White, LLP
> 750 Bering Drive
> Houston, TX 77057
> lynchj@howrey.com

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_/s/ Adam Balick_
Adam Balick (DE 2718)
Joanne Ceballos (DE 2854)
711 King Street
Wilmington DE 19801
(302) 429-1900
Attorneys for Defendant/Counterclaim Plaintiff
Watson Laboratories, Inc.

Dated: January 27, 2006