# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of January 2006, a copy of the foregoing FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT WATSON LABORATORIES, INC. to be served electronically and by regular mail upon the following:

Mary B. Graham
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
Fax: (302) 658-3989

John F. Lynch
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057
Fax: (713) 787-1440

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NY 08889-0100
Fax: (908) 735-1249

Edward W. Murray
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
Fax: (732) 594-6200

[signature]