# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-658-JJF |
| ) | |
| WATSON LABORATORIES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER OF DISMISSAL OF MERCK'S COMPLAINT FOR
PATENT INFRINGEMENT AGAINST WATSON LABORATORIES, INC.**

WHEREAS Plaintiff Merck & Co., Inc. ("Merck") has moved for dismissal of Merck's Complaint, and of all Counterclaims as originally claimed in the Answer, Affirmative Defenses, and Counterclaims of Defendant Watson Laboratories, Inc. ("Watson") filed in Civil Action No. 05 CV 658 under the conditions reflected in this order.

WHEREAS, Watson has produced to Merck on August 12, 2005, portions of Abbreviated New Drug Application No. 76-768 ("ANDA No. 76-768"), as pages numbered 063-074 and 192-196;

WHEREAS, the pages numbered 063-074 and 192-196 set out, among other things, Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS, Merck's motion and agreement to this Order of Dismissal has no bearing upon whether Watson's filing of ANDA No. 76-768 infringes any claims of Merck's U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent");

WHEREAS, Merck's motion and agreement to this Order of Dismissal has no bearing upon the validity or enforceability of any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents;

THEREFORE, the Court having considered the parties' arguments, it is ORDERED that:

1. Merck's Complaint filed in Civil Action No. 05 CV 658 is dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

2. All Counterclaims of Watson's Answer, Affirmative Defenses, and Counterclaims filed in Civil Action No. 05 CV 658 are dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

3. Merck has covenanted not to sue Watson or otherwise hold it liable for infringement of any and all claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents based on: (1) the filing of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196; or 2) Watson's manufacture, use, distribution, sale, offer to sell, or importation into the United States of drug products that are the subject of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

4. Watson shall notify Merck and its counsel of record in this litigation, by facsimile, within 45 calendar days of filing any amendment to ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation. The dismissal of claims and counterclaims herein with prejudice does not extend to any amendment or

supplement to ANDA No. 76-768 that changes Watson's formulation as produced to Merck on August 12, 2005, as pages numbered 063-074 and 192-196.  Merck may reinstate its Complaint and Watson may reinstate its Counterclaims with respect to any amendment or supplement to Watson's ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation.

        5.    Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the Claims and Counterclaims dismissed by this Order.

        SO ORDERED this \_\_\_\_ day of _____, 2006.

_____
U.S.D.J.

507194