# EXHIBIT C

**From:**    Harbison, Suzy [HarbisonS@Howrey.com]

**Sent:**    Thursday, November 03, 2005 4:30 PM

**To:**    ssklar@leydig.com

**Subject:** Draft covenant and draft stipulation attached

Steve - Attached are drafts of the Joint Stipulation and Agreed Order of Dismissal and the Covenant Not to Sue. Please note that I have not yet received final approval from our client re: these documents, but I wanted to get them to you as soon as possible per our discussion.

Also, this will confirm our agreement for a 30 day extension for Merck to answer Watson's counterclaims. Our local counsel should contact your local counsel regarding this shortly. Thank you -Suzy

Suzy S. Harbison
Howrey LLP
1111 Louisiana, 25th floor
Houston, Texas  77002
Tel: 713.787.1596
Fax:713.787.1440
email: HarbisonS@Howrey.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MERCK & CO., INC., )
)
        Plaintiff, )
)
    v. )      C.A. No. 05 CV 658 (JJF)
)
WATSON LABORATORIES, INC., )
)
        Defendant. )
)
)
_____ )

### JOINT STIPULATION AND AGREED ORDER OF DISMISSAL OF MERCK'S COMPLAINT FOR PATENT INFRINGEMENT AGAINST WATSON LABORATORIES, INC.

Plaintiff Merck & Co., Inc. ("Merck") and Defendant Watson Laboratories, Inc. ("Watson") agree as follows and seek dismissal of Merck's Complaint filed in Civil Action No. 05 CV 658 under the conditions reflected in this Joint Stipulation. Merck and Watson also agree as follows and seek the dismissal of all Counterclaims Watson's Answer, Affirmative Defenses, and Counterclaims filed in Civil Action No. 05 CV 658 under the conditions reflected in this Joint Stipulation.

WHEREAS, Watson has produced to Merck on August 12, 2005, portions of Abbreviated New Drug Application No. 76-768 ("ANDA No. 76-768"), as pages numbered 063-074 and 192-196;

WHEREAS, the pages numbered 063-074 and 192-196 set out, among other things, Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS, Merck's agreement to this Joint Stipulation and Agreed Order of Dismissal has no bearing upon whether Watson's filing of ANDA No. 76-768 infringes any claims of

Merck's U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent");

WHEREAS, Merck's agreement to this Joint Stipulation and Agreed Order of Dismissal has no bearing upon the validity or enforceability of any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents;

THEREFORE, Merck and Watson stipulate and agree as follows, and it is ORDERED that:

1.    Merck's Complaint filed in Civil Action No. 05 CV 658 is dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

2.    All Counterclaims of Watson's Answer, Affirmative Defenses, and Counterclaims filed in Civil Action No. 05 CV 658 are dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

3.    Merck has covenanted not to sue Watson or otherwise hold it liable for infringement of any and all claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents based on: (1) the filing of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196; or 2) Watson's manufacture, use, distribution, sale, offer to sell, or importation into the United States of drug products that are the subject of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

- 2 -

4.     Watson shall notify Merck and its counsel of record in this litigation, by facsimile, within 45 calendar days of filing any amendment to ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation. The dismissal of claims and counterclaims herein with prejudice does not extend to any amendment or supplement to ANDA No. 76-768 that changes Watson's formulation as produced to Merck on August 12, 2005, as pages numbered 063-074 and 192-196. Merck may reinstate its Complaint and Watson may reinstate its Counterclaims with respect to any amendment or supplement to Watson's ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation.

5.     Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the Claims and Counterclaims dismissed by this Order.

Dated: November _____, 2005

Respectfully submitted,

MERCK & CO., INC.                              WATSON PHARMACEUTICALS, INC.

Mary B. Graham                                 Adam Balick
James W. Parrett                               Joanne Ceballos
Morris, Nichols, Arsht & Tunnell               Bifferato Gentilotti Biden & Balick
1201 North Market Street                       711 King Street
Wilmington, DE  19899                          Wilmington, DE  19801
(302) 658-9200                                 (302) 658-4265

OF COUNSEL:                                     OF COUNSEL:
John F. Lynch                                   Robert F. Green
Nicolas G. Bazoukas                            Steven H. Sklar
Suzy S. Harbison                               Leydig, Voit & Mayer, LTD
Jason C. Abair                                 2 Prudential Plaza, Suite 4900
Howrey LLP                                      Chicago, IL  60601
750 Bering Drive                               (312) 616-5600
Houston, TX  77057-2198
(713) 787-1400                                 ***Attorneys for Watson Laboratories, Inc.***

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
(732) 594-4000

***Attorneys for Merck & Co., Inc.***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MERCK & CO., INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **C.A. No. 05 CV 658 (JJF)** |
| | ) |
| **v.** | ) |
| | ) |
| **WATSON LABORATORIES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## <u>COVENANT NOT TO SUE</u>

WHEREAS, Merck & Co., Inc. ("Merck") owns all rights, titles and interest in U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent");

WHEREAS, Watson Laboratories, Inc. ("Watson") submitted abbreviated new drug application ("ANDA") No. 76-768 to the U.S. Food and Drug Administration for Alendrondate Sodium Tablets 5 mg, 10mg, 35 mg, 40 mg and 70 mg;

WHEREAS, Merck filed this civil action, captioned *Merck and Co., Inc. v. Watson Laboratories, Inc.,* Case No. 05 CV 658, on September 7, 2005, alleging that the products described in Watson's ANDA No. 76-768 infringe the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents;

WHEREAS, pursuant to a confidentiality agreement, Watson has produced to Merck on August 12, 2005, portions of Watson's ANDA No. 76-768 as pages numbered

063-074 and 192-196, which set out, among other things, Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS, Merck will grant Watson a covenant not to sue with respect to the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents for the products described in ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

NOW, THEREFORE, Merck hereby stipulates, agrees and covenants as follows:

1.  Merck unconditionally represents, stipulates, agrees, and covenants that it will not sue Watson for infringement of, or otherwise assert, enforce, or hold Watson liable for infringment of, the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents based on the importation, manufacture, use, sale, or offer for sale of the alendronate sodium tablets that are the subject of and described in Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

2.  This covenant has no bearing upon whether Watson's filing of ANDA No. 76-768 infringes any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents.

3.  This covenant has no bearing upon the validity or enforceability of any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents.

Dated: ·November _____, 2005.

MERCK & CO., INC.

_____

John F. Lynch
Nicolas G. Bazoukas
Suzy S. Harbison
Jason C. Abair
750 Bering Drive
Houston, TX  77057-2198
(713) 787-1400

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ  08889-0100

Edward W. Murray
Gerard M. Devlin
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
(732) 594-4000

***Attorneys for Merck & Co., Inc.***