# EXHIBIT D

Case 1:05-cv-00658-GMS    Document 17-5    Filed 02/16/2006    Page 1 of 6

**From:** Sklar, Steven [ssklar@leydig.com]
**Sent:** Tuesday, December 06, 2005 11:28 PM
**To:** Harbison, Suzy
**Subject:** RE: Merck v. Watson

Suzy,

Attached is a draft Consent Judgment for your review. My client is still reviewing so I may have further edits (most likely minor, if any), but this is generally what Watson is considering as an appropriate way of resolving the lawsuit. I believe that Merck's answer to Watson's counterclaims is due on Thursday (December 8th). Of course, Watson is amenable to an appropriate extension of time so that Merck can consider the proposed Consent Judgment.

Steve


Steven H. Sklar
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois  60601-6780
Tel: (312) 616-5600
Fax: (312) 616-5700
E-mail:  ssklar@leydig.com
Website:  www.leydig.com

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

**From:** Harbison, Suzy [mailto:HarbisonS@Howrey.com]
**Sent:** Wednesday, November 30, 2005 4:00 PM
**To:** Sklar, Steven
**Subject:** Merck v. Watson

Steve - I am sorry I was unable to attend the teleconference with you last week. It is my understanding from Nick Barzoukas that you will be emailing draft documents to us this week, possibly today. Please let me or Nick know if our office can be of any assistance. Nick is out of the office today, but will return tomorrow. As we have discussed before, it is Merck's hope that this matter can be addressed amicably as soon as possible. I hope you had a good Thanksgiving Holiday. - Suzy

Suzy S. Harbison
Howrey LLP
1111 Louisiana, 25th floor
Houston, Texas  77002
Tel: 713.787.1596
Fax: 713.787.1440
email: HarbisonS@Howrey.com

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be co
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the con
If you receive this email in error, please notify us by reply email immediately so that we can arrange for

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05 CV 658 (JJF) |
| ) | |
| WATSON LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

CONSENT JUDGMENT

Plaintiff Merck & Co., Inc. ("Merck") and Defendant Watson Laboratories, Inc. ("Watson") agree that the alendronate product that is presently the subject of Watson's Abbreviated New Drug Application No. 76-768 does not infringe any valid claim of Merck's U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The alendronate product that is present described in Watson's Abbreviated New Drug Application No. 76-768 does not infringe any valid claim of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents;

2. Merck expressly reserves the right to assert infringement if Watson seeks approval for or sells a drug product other than the one presently described in Watson's Abbreviated New Drug Application No. 76-768;

3. The Clerk is directed to enter final judgment accordingly and the claims of both parties are dismissed; and

4. Each party will bear its own costs and attorneys' fees.

- 3 -

| MERCK & CO., INC. | WATSON PHARMACEUTICALS, INC. |
|---|---|
| Mary B. Graham<br>James W. Parrett<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899<br>(302) 658-9200<br><br>OF COUNSEL:<br>John F. Lynch<br>Nicolas G. Bazoukas<br>Suzy S. Harbison<br>Jason C. Abair<br>Howrey LLP<br>750 Bering Drive<br>Houston, TX 77057-2198<br>(713) 787-1400<br><br>Paul D. Matukaitis<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, NJ 08889-0100<br><br>Edward W. Murray<br>Gerard M. Devlin<br>Merck & Co., Inc.<br>126 E. Lincoln Avenue RY28-320<br>Rahway, NJ 07065-0907<br>(732) 594-4000<br><br>*Attorneys for Merck & Co., Inc.* | Adam Balick<br>Joanne Ceballos<br>Bifferato Gentilotti Biden & Balick<br>711 King Street<br>Wilmington, DE 19801<br>(302) 658-4265<br><br>OF COUNSEL:<br>Robert F. Green<br>Steven H. Sklar<br>Leydig, Voit & Mayer, LTD<br>2 Prudential Plaza, Suite 4900<br>Chicago, IL 60601<br>(312) 616-5600<br><br>*Attorneys for Watson Laboratories, Inc.* |