# EXHIBIT E

Case 1:05-cv-00658-GMS    Document 17-6    Filed 02/16/2006    Page 1 of 7

**From:** Harbison, Suzy [HarbisonS@Howrey.com]
**Sent:** Monday, December 12, 2005 5:03 PM
**To:** ssklar@leydig.com
**Subject:** RE: Merck v. Watson

Steve - is there a time that is good for you this week that we can set up a teleconference to talk about the draft you sent us? Merck's primary concern with Watson's draft is that the language includes a direct assertion that the patents-in-suit are not infringed by the product covered in Watson's ANDA No. 76-768. Merck cannot agree to that particular language, as it is Merck's position that the dismissal of this suit has no bearing on whether the product infringes Merck's patents or not.

Merck will provide Watson with a covenant not to sue and is prepared to dismiss Merck's claims with prejudice as to the product of ANDA No. 76-768 specifically described in the documents you produced to us previously. I have attached a draft dismissal order reflecting this. Please review it and let me know what specific concerns Watson has with such an approach. Merck believes that this approach leaves Watson in a secure position as long as Watson utilizes the formulation identified in the documents produced to Merck and that this approach removes any controversy between the parties. As I have mentioned before, Merck continues to hope that this can be resolved amongst the parties without involving the court.

I look forward to talking with you - Suzy


-----Original Message-----
From: Harbison, Suzy
Sent: Wednesday, December 07, 2005 8:39 AM
To: 'ssklar@leydig.com'
Subject: Re: Merck v. Watson

Thanks, Steve. I will look at your draft and get back with you very soon. In the meantime, I will have our local counsel get with your local counsel re: an extension.

Suzy S. Harbison
Howrey LLP
750 Bering Drive
Houston, Texas   77057
Tel: 713.787.1596
Fax: 713.787.1440
email: HarbisonS@Howrey.com


-----Original Message-----
From: Sklar, Steven
To: Harbison, Suzy
Sent: Tue Dec 06 23:27:39 2005
Subject: RE: Merck v. Watson

Suzy,

Attached is a draft Consent Judgment for your review. My client is still reviewing so I may have further edits (most likely minor, if any), but this is generally what Watson is considering as an appropriate way of resolving the lawsuit. I believe that Merck's answer to Watson's counterclaims is due on Thursday (December 8th). Of course, Watson is amenable to an appropriate extension of time so that Merck can consider the proposed Consent Judgment.

Steve

Steven H. Sklar
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
Tel: (312) 616-5600
Fax: (312) 616-5700
E-mail: ssklar@leydig.com
Website: www.leydig.com

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

From: Harbison, Suzy [mailto:HarbisonS@Howrey.com]
Sent: Wednesday, November 30, 2005 4:00 PM
To: Sklar, Steven
Subject: Merck v. Watson

Steve - I am sorry I was unable to attend the teleconference with you last week. It is my understanding from Nick Barzoukas that you will be emailing draft documents to us this week, possibly today. Please let me or Nick know if our office can be of any assistance. Nick is out of the office today, but will return tomorrow. As we have discussed before, it is Merck's hope that this matter can be addressed amicably as soon as possible. I hope you had a good Thanksgiving Holiday. - Suzy

Suzy S. Harbison
Howrey LLP
1111 Louisiana, 25th floor
Houston, Texas 77002
Tel: 713.787.1596
Fax: 713.787.1440
email: HarbisonS@Howrey.com

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged.
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.
If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

2/15/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05 CV 658 (JJF) |
| WATSON LABORATORIES, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL
OF MERCK'S COMPLAINT FOR PATENT INFRINGEMENT
AGAINST WATSON LABORATORIES, INC.**

Plaintiff Merck & Co., Inc. ("Merck") and Defendant Watson Laboratories, Inc. ("Watson") agree as follows and seek dismissal of Merck's Complaint filed in Civil Action No. 05 CV 658 under the conditions reflected in this Joint Stipulation. Merck and Watson also agree as follows and seek the dismissal of all Counterclaims Watson's Answer, Affirmative Defenses, and Counterclaims filed in Civil Action No. 05 CV 658 under the conditions reflected in this Joint Stipulation.

WHEREAS, Watson has produced to Merck on August 12, 2005, portions of Abbreviated New Drug Application No. 76-768 ("ANDA No. 76-768"), as pages numbered 063-074 and 192-196;

WHEREAS, the pages numbered 063-074 and 192-196 set out, among other things, Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS, Merck's agreement to this Joint Stipulation and Agreed Order of Dismissal has no bearing upon whether Watson's filing of ANDA No. 76-768 infringes any claims of

Merck's U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent");

WHEREAS, Merck's agreement to this Joint Stipulation and Agreed Order of Dismissal has no bearing upon the validity or enforceability of any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents;

THEREFORE, Merck and Watson stipulate and agree as follows, and it is ORDERED that:

1. Merck's Complaint filed in Civil Action No. 05 CV 658 is dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

2. All Counterclaims of Watson's Answer, Affirmative Defenses, and Counterclaims filed in Civil Action No. 05 CV 658 are dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

3. Merck has covenanted not to sue Watson or otherwise hold it liable for infringement of any and all claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents based on: (1) the filing of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196; or 2) Watson's manufacture, use, distribution, sale, offer to sell, or importation into the United States of drug products that are the subject of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

4.  Watson shall notify Merck and its counsel of record in this litigation, by facsimile, within 45 calendar days of filing any amendment to ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation. The dismissal of claims and counterclaims herein with prejudice does not extend to any amendment or supplement to ANDA No. 76-768 that changes Watson's formulation as produced to Merck on August 12, 2005, as pages numbered 063-074 and 192-196. Merck may reinstate its Complaint and Watson may reinstate its Counterclaims with respect to any amendment or supplement to Watson's ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation.

5.  Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the Claims and Counterclaims dismissed by this Order.

Dated: November _____, 2005

                                  Respectfully submitted,

| MERCK & CO., INC. | WATSON PHARMACEUTICALS, INC. |
|---|---|
| Mary B. Graham<br>James W. Parrett<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899<br>(302) 658-9200 | Adam Balick<br>Joanne Ceballos<br>Bifferato Gentilotti Biden & Balick<br>711 King Street<br>Wilmington, DE  19801<br>(302) 658-4265 |
| OF COUNSEL:<br>John F. Lynch<br>Nicolas G. Bazoukas<br>Suzy S. Harbison<br>Jason C. Abair<br>Howrey LLP<br>750 Bering Drive<br>Houston, TX  77057-2198<br>(713) 787-1400 | OF COUNSEL:<br>Robert F. Green<br>Steven H. Sklar<br>Leydig, Voit & Mayer, LTD<br>2 Prudential Plaza, Suite 4900<br>Chicago, IL  60601<br>(312) 616-5600<br><br>*Attorneys for Watson Laboratories, Inc.* |
| Paul D. Matukaitis<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, NJ  08889-0100 | |
| Edward W. Murray<br>Gerard M. Devlin<br>Merck & Co., Inc.<br>126 E. Lincoln Avenue RY28-320<br>Rahway, NJ  07065-0907<br>(732) 594-4000 | |
| *Attorneys for Merck & Co., Inc.* | |

- 4 -