EXHIBIT F

Case 1:05-cv-00658-GMS    Document 17-7    Filed 02/16/2006    Page 1 of 4

**From:** Harbison, Suzy [HarbisonS@Howrey.com]
**Sent:** Thursday, December 29, 2005 2:48 PM
**To:** Sklar, Steven
**Subject:** RE: Merck v. Watson

Steve - as you know, the parties are again faced with a docket deadline in the Merck v. Watson matter, as Merck's responses to Watson's counterclaims are now due January 6 (Wednesday of next week). Please let Merck know if Watson finds the draft dismissal order forwarded on December 12 acceptable. It would be preferable for all concerned to have this matter concluded as soon as possible and as efficiently as possible. Again, Merck hopes that this matter can be resolved without the court's intervention, but is prepared to go to the court for relief if an agreement on the language for the dismissal is not reached soon.

I look forward to hearing from you.

Suzy

-----Original Message-----
From: Sklar, Steven [mailto:ssklar@leydig.com]
Sent: Monday, December 12, 2005 8:13 PM
To: Harbison, Suzy
Subject: RE: Merck v. Watson

Suzy,

I received your message. I need to speak with my client further about this before getting back to you. My contact at Watson is out of the office this week, so I likely will not get back to you until next week.

Steve


Steven H. Sklar
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
Tel: (312) 616-5600
Fax: (312) 616-5700
E-mail: ssklar@leydig.com
Website: www.leydig.com

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

-----Original Message-----
From: Harbison, Suzy [mailto:HarbisonS@Howrey.com]
Sent: Monday, December 12, 2005 4:03 PM
To: Sklar, Steven
Subject: RE: Merck v. Watson

Steve - is there a time that is good for you this week that we can set up a teleconference to talk about the draft you sent us?

Merck's primary concern with Watson's draft is that the language includes a direct assertion that the patents-in-suit are not infringed by the product covered in Watson's ANDA No. 76-768. Merck cannot agree to that particular language, as it is Merck's position that the dismissal of this suit has no bearing on whether the product infringes Merck's patents or not.

Merck will provide Watson with a covenant not to sue and is prepared to dismiss Merck's claims with prejudice as to the product of ANDA No.
76-768 specifically described in the documents you produced to us previously. I have attached a draft dismissal order reflecting this.
Please review it and let me know what specific concerns Watson has with such an approach. Merck believes that this approach leaves Watson in a secure position as long as Watson utilizes the formulation identified in the documents produced to Merck and that this approach removes any
controversy between the parties. As I have mentioned before, Merck
continues to hope that this can be resolved amongst the parties without involving the court.

I look forward to talking with you - Suzy


-----Original Message-----
From: Harbison, Suzy
Sent: Wednesday, December 07, 2005 8:39 AM
To: 'ssklar@leydig.com'
Subject: Re: Merck v. Watson

Thanks, Steve. I will look at your draft and get back with you very soon. In the meantime, I will have our local counsel get with your local counsel re: an extension.

Suzy S. Harbison
Howrey LLP
750 Bering Drive
Houston, Texas   77057
Tel: 713.787.1596
Fax:713.787.1440
email: HarbisonS@Howrey.com



-----Original Message-----
From: Sklar, Steven
To: Harbison, Suzy
Sent: Tue Dec 06 23:27:39 2005
Subject: RE: Merck v. Watson

Suzy,

Attached is a draft Consent Judgment for your review. My client is still reviewing so I may have further edits (most likely minor, if any), but this is generally what Watson is considering as an appropriate way of resolving the lawsuit. I believe that Merck's answer to Watson's counterclaims is due on Thursday (December 8th). Of course, Watson is amenable to an appropriate extension of time so that Merck can consider the proposed Consent Judgment.

Steve



Steven H. Sklar
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois  60601-6780
Tel: (312) 616-5600
Fax: (312) 616-5700
E-mail:  ssklar@leydig.com

Website: www.leydig.com

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

From: Harbison, Suzy [mailto:HarbisonS@Howrey.com]
Sent: Wednesday, November 30, 2005 4:00 PM
To: Sklar, Steven
Subject: Merck v. Watson

Steve - I am sorry I was unable to attend the teleconference with you last week. It is my understanding from Nick Barzoukas that you will be
emailing draft documents to us this week, possibly today. Please let
me or Nick know if our office can be of any assistance. Nick is out of the office today, but will return tomorrow. As we have discussed before, it is Merck's hope that this matter can be addressed amicably as soon as possible. I hope you had a good Thanksgiving Holiday. - Suzy

Suzy S. Harbison
Howrey LLP
1111 Louisiana, 25th floor
Houston, Texas  77002
Tel: 713.787.1596
Fax:713.787.1440
email: HarbisonS@Howrey.com

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged.
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.
If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original
documents at no cost to you.