# EXHIBIT G

# HOWREY LLP

1111 Louisiana, 25th Floor
Houston, TX 77002-5242
T 713.787.1400
F 713.787.1440
www.howrey.com

harbisons@howrey.com
direct dial: 713.787.1596

File: 11932.0061.000000

February 3, 2006

**VIA FEDERAL EXPRESS**
**VIA FACSIMILE 312.616.5700**

Steven Sklar, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

RE:   *Merck & Co., Inc. v. Watson Laboratories, Inc.* CA No. 05 CV 658 (JJF)

Dear Steve:

Enclosed is Merck's signed covenant not to sue Watson with respect to the products at issue in this litigation. Also enclosed is a copy of the draft dismissal order previously provided to Watson by Merck.

As we have discussed, Merck intends to dismiss all of its pending claims in this matter with prejudice. It is Merck's position that the controversy between Merck and Watson has been eliminated and that this case must therefore be dismissed in its entirety. *See Spectronics Corp. v. H.B. Fuller Co.*, 940 F.2d 631 (Fed. Cir. 1991) *and Super Sack Manufacturing Corp. v. Chase Packaging Corp.*, 57 F.3d 1054 (Fed. Cir. 1995). Please provide Merck with Watson's agreement to the enclosed dismissal order within one week. Alternatively, please provide Merck with a detailed statement setting forth Watson's reasons why the Super Sack case does not apply in this matter. If Merck has not reccived a response from Watson by February 10, 2006, Merck will be forced to move the court to dismiss the case.

Very truly yours,

*Suzy S. Harbison* (signature)

Suzy S. Harbison

Encl. via Federal Express

DM_US\8308986.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05 CV 658 (JJF) |
| WATSON LABORATORIES, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL
OF MERCK'S COMPLAINT FOR PATENT INFRINGEMENT
AGAINST WATSON LABORATORIES, INC.**

Plaintiff Merck & Co., Inc. ("Merck") and Defendant Watson Laboratories, Inc. ("Watson") agree as follows and seek dismissal of Merck's Complaint filed in Civil Action No. 05 CV 658 under the conditions reflected in this Joint Stipulation. Merck and Watson also agree as follows and seek the dismissal of all Counterclaims Watson's Answer, Affirmative Defenses, and Counterclaims filed in Civil Action No. 05 CV 658 under the conditions reflected in this Joint Stipulation.

WHEREAS, Watson has produced to Merck on August 12, 2005, portions of Abbreviated New Drug Application No. 76-768 ("ANDA No. 76-768"), as pages numbered 063-074 and 192-196;

WHEREAS, the pages numbered 063-074 and 192-196 set out, among other things, Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS, Merck's agreement to this Joint Stipulation and Agreed Order of Dismissal has no bearing upon whether Watson's filing of ANDA No. 76-768 infringes any claims of

Merck's U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent");

WHEREAS, Merck's agreement to this Joint Stipulation and Agreed Order of Dismissal has no bearing upon the validity or enforceability of any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents;

THEREFORE, Merck and Watson stipulate and agree as follows, and it is ORDERED that:

1. Merck's Complaint filed in Civil Action No. 05 CV 658 is dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

2. All Counterclaims of Watson's Answer, Affirmative Defenses, and Counterclaims filed in Civil Action No. 05 CV 658 are dismissed with prejudice with respect to Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

3. Merck has covenanted not to sue Watson or otherwise hold it liable for infringement of any and all claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 Merck patents based on: (1) the filing of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196; or 2) Watson's manufacture, use, distribution, sale, offer to sell, or importation into the United States of drug products that are the subject of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

4. Watson shall notify Merck and its counsel of record in this litigation, by facsimile, within 45 calendar days of filing any amendment to ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation. The dismissal of claims and counterclaims herein with prejudice does not extend to any amendment or supplement to ANDA No. 76-768 that changes Watson's formulation as produced to Merck on August 12, 2005, as pages numbered 063-074 and 192-196. Merck may reinstate its Complaint and Watson may reinstate its Counterclaims with respect to any amendment or supplement to Watson's ANDA No. 76-768 that changes Watson's formulation, including the form of alendronate used in the formulation.

5. Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the Claims and Counterclaims dismissed by this Order.

Dated: February _____, 2006

Respectfully submitted,

- 4 -

| MERCK & CO., INC. | WATSON PHARMACEUTICALS, INC. |
|---|---|
| Mary B. Graham<br>James W. Parrett<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899<br>(302) 658-9200 | Adam Balick<br>Joanne Ceballos<br>Bifferato Gentilotti Biden & Balick<br>711 King Street<br>Wilmington, DE 19801<br>(302) 658-4265 |
| OF COUNSEL:<br>John F. Lynch<br>Nicolas G. Bazoukas<br>Suzy S. Harbison<br>Jason C. Abair<br>Howrey LLP<br>750 Bering Drive<br>Houston, TX 77057-2198<br>(713) 787-1400 | OF COUNSEL:<br>Robert F. Green<br>Steven H. Sklar<br>Leydig, Voit & Mayer, LTD<br>2 Prudential Plaza, Suite 4900<br>Chicago, IL 60601<br>(312) 616-5600<br><br>***Attorneys for Watson Laboratories, Inc.*** |
| Paul D. Matukaitis<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, NJ 08889-0100 | |
| Edward W. Murray<br>Gerard M. Devlin<br>Merck & Co., Inc.<br>126 E. Lincoln Avenue RY28-320<br>Rahway, NJ 07065-0907<br>(732) 594-4000 | |
| ***Attorneys for Merck & Co., Inc.*** | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05 CV 658 (JJF) |
| v. | ) |
| | ) |
| WATSON LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### COVENANT NOT TO SUE

WHEREAS, Merck & Co., Inc. ("Merck") owns all rights, titles and interest in U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent");

WHEREAS, Watson Laboratories, Inc. ("Watson") submitted abbreviated new drug application ("ANDA") No. 76-768 to the U.S. Food and Drug Administration for Alendrondate Sodium Tablets 5 mg, 10mg, 35 mg, 40 mg and 70 mg;

WHEREAS, Merck filed this civil action, captioned *Merck and Co., Inc. v. Watson Laboratories, Inc.*, Case No. 05 CV 658, on September 7, 2005, alleging that the products described in Watson's ANDA No. 76-768 infringe the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents;

WHEREAS, pursuant to a confidentiality agreement, Watson has produced to Merck on August 12, 2005, portions of Watson's ANDA No. 76-768 as pages numbered 063-074 and 192-

196, which set out, among other things, Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS, Merck will grant Watson a covenant not to sue with respect to the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents for the products described in ANDA No. 76-768, as produced in part to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

NOW, THEREFORE, Merck hereby stipulates, agrees and covenants as follows:

1. Merck unconditionally represents, stipulates, agrees, and covenants that it will not sue Watson for infringement of, or otherwise assert, enforce, or hold Watson liable for infringment of, the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents based on the importation, manufacture, use, sale, or offer for sale of the alendronate sodium tablets that are the subject of and described in Watson's ANDA No. 76-768, as produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

2. This covenant has no bearing upon whether Watson's filing of ANDA No. 76-768 infringes any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents.

3. This covenant has no bearing upon the validity or enforceability of any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents.

Dated: January 30, 2006.

- 3 -

MERCK & CO., INC.

By: _____
     Edward W. Murray
     Counsel, Intellectual Property Litigation