IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | : |
| Plaintiff, | : |
| v. | : C.A. 05-658 |
| WATSON LABORATORIES, INC., | : |
| Defendant. | : |

**WATSON LABORATORIES, INC.'S MOTION FOR EXTENSION OF TIME**

Defendant Watson Laboratories, Inc. ("Watson") hereby requests a two-week extension of time to submit its opposition to Plaintiff Merck & Co., Inc.'s ("Merck") motion to dismiss. Watson seeks an extension until March 17, 2006 to file its opposition brief from the original due date of March 3, 2006. Counsel for Merck was contacted regarding the proposed extension and opposes Watson's request.

Watson and Merck have been involved in negotiations that, if successful, would resolve this action. These discussions are ongoing. Watson has been hopeful that, as a result of these discussions, it would be in a position to enter a stipulated dismissal as Merck has repeatedly demanded, which would avoid the need for further involvement of the court to resolve Merck's pending motion.

It now appears that the parties may not amicably resolve this dispute. Accordingly, Watson intends to file a response to the motion to dismiss. Merck has agreed not to oppose an extension to March 6, 2006. However, Merck opposes this request for a two-week extension.

In support of this application, the proposed two-week extension will not prejudice Merck. The Scheduling Order (previously entered by Judge Farnan) will not change in any way. Watson has not served written discovery at this point, nor noticed any depositions of Merck personnel. Thus, there can be no argument that Merck will incur the expense of arguably unnecessary discovery during the additional two week period for the submission of Watson's opposition brief.

A proposed order granting Watson's motion for a two-week extension is attached. If the court does not grant the motion, Watson respectfully requests a short two-day period to file its memorandum in opposition to Merck's motion to dismiss.

BIFFERRATO GENTILOTTI BIDEN & BALICK, LLC

_____
Adam Balick, Esquire (ID #2718)
Joanne Ceballos, Esquire (ID #2854)
711 King Street
Wilmington, DE 19801
(302) 658-4265

Robert F. Green
Steven H. Sklar
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780
Voice: (312) 616-5600
Facsimile: (312) 616-5700

Attorneys for Defendant
**WATSON LABORATORIES, INC.**

Dated: March 3, 2006

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MERCK & CO., INC.,** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. 05-658-GMS |
| | : | |
| **WATSON LABORATORIES, INC.** | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING MOTION**
**TO EXTEND DEADLINE FOR ANSWERING BRIEF**

**AND NOW** this _____ day of _____, 2006, the Court having considered Defendant's Motion for an Extension of Time to file its Answering Brief in Opposition to Plaintiff's Motion to Dismiss, and the Court having concluded that good cause exists for granting the motion,

**IT IS HEREBY ORDERED** that Defendant's Motion is granted, and

**IT IS FURTHER ORDERED** that Defendant shall file its Answering Brief in Opposition to Plaintiff's Motion to Dismiss on or before March 17, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of March, 2006, a copy of the foregoing **WATSON LABORATORIES, INC.'S MOTION FOR EXTENSION OF TIME** was served on counsel for Plaintiff as follows:

### VIA ELECTRONIC MAIL

Mary B. Graham
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
mgraham@mnat.com

John F. Lynch
Howrey Simon Arnold & White, LLP
750 Bering Drive
Houston, TX 77057
lynchj@howrey.com

### VIA U.S. MAIL

Paul D. Matukaitis
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NY 08889-0100

Edward W. Murray
Merck & Co., Inc.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907

_[signature]_