LAW OFFICES

## LEYDIG, VOIT & MAYER, LTD.
A PROFESSIONAL CORPORATION

TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601-6780

(312) 616-5600
FACSIMILE: (312) 616-5700
WWW.LEYDIG.COM

WASHINGTON OFFICE
700 THIRTEENTH STREET, N.W., SUITE 300
WASHINGTON, D.C. 20005-3960
(202) 737-6770
FACSIMILE: (202) 737-6776

ROCKFORD OFFICE
6815 WEAVER ROAD, SUITE 300
ROCKFORD, ILLINOIS 61114-8018
(815) 963-7661
FACSIMILE: (815) 963-7664

SEATTLE OFFICE
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101-1346
(206) 521-5055
FACSIMILE: (206) 224-3557

August 8, 2005

*Via E-Mail and Facsimile*
*Confirmation Via Mail*

Jason C. Abair, Esq.
Howrey LLP
750 Bering Drive
Houston, Texas 77057-2198

    Re:    Alendronate Sodium Tablets
            Our Reference: 217724

Dear Jason:

    Further to our recent discussion, our client Watson Laboratories, Inc. ("Watson") is prepared to disclose to Merck & Co., Inc. ("Merck") and Howrey LLP ("Howrey") certain information concerning Watson's Abbreviated New Drug Application ("ANDA") relating to alendronate sodium tablets. This information is being provided for the purpose of evaluating whether Merck should institute patent infringement litigation against Watson based upon Watson's submission of that ANDA. Watson regards such information to be proprietary and highly confidential. Nevertheless, Watson is prepared to disclose its ANDA or portions thereof to certain of Merck's counsel on a "counsel's eyes only" basis. Such disclosure is subject to the conditions set forth herein.

    Upon acceptance of this letter agreement by Merck and Howrey, Watson's ANDA, or portions thereof, as well as related technical information as may be agreed by counsel, will be made available to attorneys at Howrey ("the Confidential Information"). Howrey may provide access to Watson's Confidential Information to no more than three inside counsel at Merck. The identities of these three inside counsel at Merck are as follows:

Jason C. Abair, Esq.
August 8, 2005
Page 2

>   Gerard Devlin (Assistant Counsel, Intellectual Property Litigation);
>   Edward Murrary (Managing Counsel, Intellectual Property Litigation); and
>   Paul Matukaitis (Vice President & Assistant General Counsel).

To facilitate such access, Howrey may make, and provide to such inside counsel at Merck, two copies of the Confidential Information. Howrey may also make one copy of the Confidential Information solely for its internal use at Howrey for purposes permitted under this letter agreement. No other copies of the Confidential Information may be made.

Attorneys at Howrey and Merck shall use Watson's Confidential Information for the sole purpose of evaluating whether Merck should institute patent infringement litigation against Watson based upon Watson's submission of its ANDA related to alendronate sodium tablets. No Howrey or Merck personnel who have any involvement whatsoever in the preparation or prosecution of patent applications related to alendronate on behalf of Merck shall have access to the Confidential Information.

The Confidential Information shall be used by attorneys of Howrey and no more than three inside counsel at Merck who have a need to know such information for the sole purpose of providing legal advice to Merck. No personnel at Howrey or Merck shall photograph or copy (except as provided above in the second paragraph of this letter agreement) or retain any of the Confidential Information provided pursuant to this agreement. The attorneys who inspect the Confidential Information may make notes during such inspection to the extent required to permit them to advise Merck. Howrey and Merck shall return or destroy the Confidential Information and any notes reflecting such Confidential Information by August 31, 2005.

The Confidential Information shall not be disclosed to others, including, but not limited to, business, sales, marketing, R&D or regulatory personnel (except as expressly permitted above) within or outside Merck, without Watson's express written consent. Attorneys at Howrey and Merck may discuss with appropriate Merck management personnel their analysis and conclusions regarding instituting litigation against Watson, as discussed previously, provided that such discussion shall not reveal the Confidential Information.

The restrictions on use and the obligations of confidentiality contained herein shall not apply to information which,

>   (a)   prior to receipt from Watson or Watson's counsel, was known to Merck, as evidenced by Merck's written records;
>
>   (b)   subsequent to receipt from Watson or Watson's counsel, is received by Merck from another entity who has no obligation of confidentiality to Watson with respect to such information; or
>
>   (c)   is or becomes specifically available to the public through no fault of Merck or its counsel.

Jason C. Abair, Esq.
August 8, 2005
Page 3

     If the foregoing terms are acceptable, please have a copy of this letter signed and dated on behalf of Merck and Howrey. Upon receipt of the signed copy, we shall promptly make available such portions of the ANDA as may be agreed.

                      Very truly yours,

                      LEYDIG, VOIT & MAYER, LTD.

                      By: _____

                      Steven H. Sklar
                      Counsel for Watson Laboratories, Inc.

Agreed and Accepted:

Merck & Co., Inc.

By: _____
    EDWARD W. MURRAY

Title: MANAGING COUNSEL, IP LITIGATION

Date: August 9, 2005

Howrey LLP

By: _____
    JASON C. ABAIR

Date: August 10, 2005