LAW OFFICES
## LEYDIG, VOIT & MAYER, LTD.
A PROFESSIONAL CORPORATION

TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601-6780

(312) 616-5600
FACSIMILE: (312) 616-5700
WWW.LEYDIG.COM

WASHINGTON OFFICE
700 THIRTEENTH STREET, N.W., SUITE 300
WASHINGTON, D.C. 20005-3960
(202) 737-6770
FACSIMILE: (202) 737-6776

ROCKFORD OFFICE
6815 WEAVER ROAD, SUITE 300
ROCKFORD, ILLINOIS 61114-8018
(815) 963-7661
FACSIMILE: (815) 963-7664

SEATTLE OFFICE
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101-1346
(206) 521-5985
FACSIMILE: (206) 224-3557

August 12, 2005

*Via Federal Express*

Jason C. Abair, Esq.
Howrey LLP
750 Bering Drive
Houston, Texas 77057-2198

Re:   Alendronate Sodium Tablets
      Our Reference: 217724

Dear Jason:

Enclosed are documents from Watson's ANDA for alendronate sodium tablets. These documents contain Confidential Information in accordance with the terms of the executed Confidentiality Agreement dated August 8, 2005.

Very truly yours,

LEYDIG, VOIT & MAYER, LTD.

By: _____
    Steven H. Sklar

Enclosures