# EXHIBIT E



1111 Louisiana, 25th Floor
Houston, TX 77002-5242
T 713.787.1400
F 713.787.1440
www.howrey.com

harbisons@howrey.com
direct dial: 713.787.1596

File: 11932.0061.000000

February 3, 2006

*VIA FEDERAL EXPRESS*
*VIA FACSIMILE 312.616.5700*

Steven Sklar, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

RE:   *Merck & Co., Inc. v. Watson Laboratories, Inc.  CA No. 05 CV 658 (JJF)*

Dear Steve:

Enclosed is Merck's signed covenant not to sue Watson with respect to the products at issue in this litigation. Also enclosed is a copy of the draft dismissal order previously provided to Watson by Merck.

As we have discussed, Merck intends to dismiss all of its pending claims in this matter with prejudice. It is Merck's position that the controversy between Merck and Watson has been eliminated and that this case must therefore be dismissed in its entirety. *See Spectronics Corp. v. H.B. Fuller Co.*, 940 F.2d 631 (Fed. Cir. 1991) *and Super Sack Manufacturing Corp. v. Chase Packaging Corp.*, 57 F.3d 1054 (Fed. Cir. 1995). Please provide Merck with Watson's agreement to the enclosed dismissal order within one week. Alternatively, please provide Merck with a detailed statement setting forth Watson's reasons why the Super Sack case does not apply in this matter. If Merck has not received a response from Watson by February 10, 2006, Merck will be forced to move the court to dismiss the case.

Very truly yours,

Suzy S. Harbison

Encl. via Federal Express

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05 CV 658 (JJF) |
| v. | ) |
| | ) |
| WATSON LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## COVENANT NOT TO SUE

WHEREAS, Merck & Co., Inc. ("Merck") owns all rights, titles and interest in U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent");

WHEREAS, Watson Laboratories, Inc. ("Watson") submitted abbreviated new drug application ("ANDA") No. 76-768 to the U.S. Food and Drug Administration for Alendrondate Sodium Tablets 5 mg, 10mg, 35 mg, 40 mg and 70 mg;

WHEREAS, Merck filed this civil action, captioned *Merck and Co., Inc. v. Watson Laboratories, Inc.*, Case No. 05 CV 658, on September 7, 2005, alleging that the products described in Watson's ANDA No. 76-768 infringe the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents;

WHEREAS, pursuant to a confidentiality agreement, Watson has produced to Merck on August 12, 2005, portions of Watson's ANDA No. 76-768 as pages numbered 063-074 and 192-

196, which set out, among other things, Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS, Merck will grant Watson a covenant not to sue with respect to the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents for the products described in ANDA No. 76-768, as produced in part to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

NOW, THEREFORE, Merck hereby stipulates, agrees and covenants as follows:

1. Merck unconditionally represents, stipulates, agrees, and covenants that it will not sue Watson for infringement of, or otherwise assert, enforce, or hold Watson liable for infringment of, the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents based on the importation, manufacture, use, sale, or offer for sale of the alendronate sodium tablets that are the subject of and described in Watson's ANDA No. 76-768, as produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196.

2. This covenant has no bearing upon whether Watson's filing of ANDA No. 76-768 infringes any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents.

3. This covenant has no bearing upon the validity or enforceability of any claims of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents.

Dated: January 30, 2006.

MERCK & CO., INC.

By: ___*Edward W. Murray*___
    Edward W. Murray
    Counsel, Intellectual Property Litigation