# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WATSON LABORATORIES, INC., )<br>)<br>Defendant. )<br>_____) | C.A. No. 05 CV 658 (GMS) |

### [PROPOSED] ORDER OF DISMISSAL OF MERCK'S COMPLAINT AND WATSON'S COUNTERCLAIMS

WHEREAS Plaintiff Merck & Co., Inc. ("Merck") has moved for dismissal of Merck's Complaint, and of all Counterclaims as originally claimed in the Answer, Affirmative Defenses, and Counterclaims of Defendant Watson Laboratories, Inc. ("Watson") filed in Civil Action No. 05 CV 658;

WHEREAS Watson has produced to Merck on August 12, 2005, portions of Abbreviated New Drug Application No. 76-768 ("ANDA No. 76-768"), as pages numbered 063-074 and 192-196;

WHEREAS the pages numbered 063-074 and 192-196 set out Watson's formulation and the form of alendronate used in the formulation; and

WHEREAS Merck has granted a covenant not to sue Watson or otherwise hold it liable for infringement of any and all claims of Merck's U.S. Patent Nos. 5,358,941 ("the '941 patent"), 5,681,590 ("the '590 patent"), 5,849,726 ("the '726 patent"), 6,008,207 ("the '207 patent"), 6,090,410 ("the '410 patent"), 6,194,004 ("the '004 patent"), 5,994,329 ("the '329 patent"), 6,015,801 ("the '801 patent"), and 6,225,294 ("the '294 patent") based on: (1) the filing

of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196; or (2) Watson's manufacture, use, distribution, sale, offer to sell, or importation into the United States of drug products that are the subject of Watson's ANDA No. 76-768, portions of which were produced to Merck on August 12, 2005 as pages numbered 063-074 and 192-196;

IT IS HEREBY ORDERED THAT:

1. The alendronate product that is present described in Watson's Abbreviated New Drug Application No. 76-768 does not infringe any valid claim of the '941, '590, '726, '207, '410, '004, '329, '801 and '294 patents;

2. Merck expressly reserves the right to assert infringement if Watson seeks approval for or sells a drug product other than the one presently described in Watson's Abbreviated New Drug Application No. 76-768;

3. Merck's Complaint and Watson's Counterclaims are dismissed;

4. The Court retains jurisdiction to enforce the terms of the Merck's Covenant Not To Sue; and

5. Each party will bear its own costs and attorneys' fees.

SO ORDERED this \_\_\_\_ day of_____, 2006

_____
U.S.D.J.