IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WATSON LABORATORIES, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 05-658 (GMS) |

**NOTICE OF COUNSEL'S CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that counsel for Merck & Co., Inc., Nicolas G. Barzoukas, Suzy S. Harbison, and Jason C. Abair have become affiliated with a new law firm. Their new firm name and contact information is as follows:

>WEIL, GOTSHAL & MANGES LLP
>700 Louisiana
>Suite 1600
>Houston, TX   77002
>
>Phone:  713.546.5000
>Fax:  713.224.9511
>
>Nicolas G. Barzoukas (nicolas.barzoukas@weil.com)
>Suzy S. Harbison (suzy.harbison@weil.com)
>Jason C. Abair (jason.abair@weil.com)

For purposes of CM/ECF notifications, updated email addresses have been provided to the Clerk's office.

John F. Lynch of Howrey, LLP will continue his representation of Merck & Co., Inc. in the captioned matter.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ James W. Parrett, Jr.*
                    _____
                    Mary B. Graham (# 2256)
                    James W. Parrett, Jr. (#4292)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    302.658.9200

                    *Attorneys for Plaintiff*
                    *Merck & Co., Inc.*

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX  77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES
700 Louisiana, Suite 1600
Houston, TX  77002
713.546.5000

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ  08889-0100
908.423.1000

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ  07065-0907
732.594.4000

Dated:  March 28, 2006
513404

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Adam Balick, Esquire
> BIFFERATO GENTILOTTI BIDEN & BALICK
> 711 King Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 28, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| Adam Balick, Esquire<br>BIFFERATO GENTILOTTI BIDEN & BALICK<br>711 King Street<br>Wilmington, DE  19801 | Steven H. Sklar, Esquire<br>LEYDIG, VOIT & BAYER, LTD.<br>2 Prudential Plaza, Suite 4900<br>Chicago, IL  60601 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)