IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WATSON LABORATORIES, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 05-658 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Nicolas G. Barzoukas, Suzy S. Harbison, and Jason C. Abair of the law firm of Weil, Gotshal & Manges LLP to represent Plaintiff Merck & Co., Inc. in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff, Merck & Co., Inc.*

- 2 -

OF COUNSEL:

John F. Lynch
HOWREY, LLP
750 Bering Drive
Houston, TX 77057-2198
713.787.1400

Nicolas G. Barzoukas
Suzy S. Harbison
Jason C. Abair
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
713.546.5000

Paul D. Matukaitis
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100
908.423.1000

Edward W. Murray
Gerard M. Devlin
MERCK & CO., INC.
126 E. Lincoln Avenue RY28-320
Rahway, NJ 07065-0907
732.594.4000

Dated: March 31, 2006
513793

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Nicolas G. Barzoukas, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 30, 2006

Nicolas G. Barzoukas
WEIL, GOTSHAL & MANGES LLP
700 Louisiana
Suite 1600
Houston, TX 77002
Phone: 713.546.5000
Fax: 713.224.9511

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Suzy S. Harbison, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3/30/06

Suzy S. Harbison
WEIL, GOTSHAL & MANGES LLP
700 Louisiana
Suite 1600
Houston, TX  77002
Phone: 713.546.5000
Fax: 713.224.9511

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jason C. Abair, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 30 March 2006

Jason C. Abair
WEIL, GOTSHAL & MANGES LLP
700 Louisiana
Suite 1600
Houston, TX 77002
Phone: 713.546.5000
Fax: 713.224.9511

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Adam Balick, Esquire
> BIFFERATO GENTILOTTI BIDEN & BALICK
> 711 King Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 31, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| Adam Balick, Esquire<br>BIFFERATO GENTILOTTI BIDEN & BALICK<br>711 King Street<br>Wilmington, DE  19801 | Steven H. Sklar, Esquire<br>LEYDIG, VOIT & BAYER, LTD.<br>2 Prudential Plaza, Suite 4900<br>Chicago, IL  60601 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)