MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
302.351.9199
302.425.4674 FAX
mgraham@mnat.com

April 5, 2006

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

> *Merck & Co., Inc. v. Watson Laboratories, Inc.*
> Civil Action No. 05-658-GMS

Dear Judge Sleet:

The action referenced above is a patent infringement action brought by Merck against Watson on September 7, 2005 in connection with Watson's filing of abbreviated new drug application No. 76-768 ("ANDA"). It was originally assigned to Judge Farnan and was reassigned to your Honor on February 22. Merck asks that the Court hold a teleconference to address case management.

In early November 2005, Merck informed Watson that it would give a covenant not to sue in connection with Watson's ANDA as to all patents in suit and dismiss the action with prejudice. When the parties failed to reach agreement on the form of papers because Watson wanted a dismissal that would resolve the merits of infringement and validity (in its favor), Merck proceeded to provide a covenant not to sue; that covenant applies to any claims of infringement Merck might possibly have against Watson. Merck then moved to dismiss pursuant to *Super Sack* on grounds that the case was moot and subject matter jurisdiction was lacking. That motion (D.I. 17) has been fully briefed.

While the parties were attempting to agree upon an order of dismissal before Merck filed its motion to dismiss, a scheduling order was entered by Judge Farnan (D.I. 13). That order provides for completion of discovery by April 28, 2006 (none has been sought or taken) and allows for the filing of summary judgment motions on or before April 28 (with the proviso that no motion may be filed more than ten days before that date without court permission). In connection with its opposition to Merck's motion to dismiss, Watson has cross

The Honorable Gregory M. Sleet
April 5, 2006
Page 2

moved for permission to file early summary judgment motions of noninfringement and invalidity. Watson has further indicated that, in any event, it intends to file motions for summary judgment as early as April 18 pursuant to Judge Farnan's scheduling order, unless in the interim Merck's motion to dismiss is granted. Merck has opposed Watson's cross motion on the grounds that the case is moot and submits that it would not be efficient to brief summary judgment while the Court has under advisement Merck's motion to dismiss.

Given the unusual posture of the case with a fully executed covenant not to sue and the fact that the Court has not addressed with the parties case management since the reassignment, Merck requests that the Court hold a teleconference to discuss the proceedings.

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/dam
Enclosure
cc:   Clerk of the Court (by e-filing and hand delivery)
      Adam Balick, Esquire (by e-filing and hand delivery)
      Steven H. Sklar, Esquire (by facsimile)
514735